Melvin W. KAHLE, Administrator of the
Estate of Moses Joiner, Deceased,
Appellant,

v.

John W. ACTON.

No. 14844.

United States Court of Appeals
Third Circuit.

Argued Nov. 16, 1964.

Decided Dec. 1, 1964.

———◆———

James A. Ashton, Pittsburgh, Pa., for
appellant.

Harold Gondelman, Pittsburgh, Pa.
(Jacobson & Gondelman and Herbert
Jacobson, Pittsburgh, Pa., on the brief),
for appellee.

Before MARIS, STALEY and
GANEY, Circuit Judges.

PER CURIAM.

This is an appeal from the judgment of
the district court entered on a directed
verdict for the defendant in an action for
damages for the death of the plaintiff's
decedent, a pedestrian, who was struck by
an automobile being driven by the de-
fendant late at night on the Parkway
West, an unlighted limited access high-
way in the City of Pittsburgh, about
eight-tenths of a mile west of the Fort
Pitt tunnels. In his charge to the jury
the trial judge reviewed the evidence and
the applicable principles of Pennsylvania
law and reached the conclusion that the
evidence was insufficient to support a find-
ing of negligence on the part of the de-
fendant. He accordingly directed the
verdict on which the judgment appealed
from was entered. Our review of the
evidence and the law satisfies us that the
action of the trial judge was right for
the reasons given in his charge, to which
we need add nothing.

The judgment of the district court
will be affirmed.